CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 16 2020

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
    DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division**

**Raj S. Pruthi, M.D.,**

    *Plaintiff*,

v.

**Primland, Ltd.,**

    *Defendant*.

Civil Action No.: 4:19-cv-30-JLK

## ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Raj S. Pruthi, M.D. ("Dr. Pruthi") and Defendant Primland, Ltd. ("Primland"), by counsel, hereby stipulate to the dismissal of the claims against Primland with prejudice. Each Party will bear its own attorney's fees and costs.  The Clerk is directed to close the case.

    ENTERED: This 16th day of April, 2020.

_____
The Honorable Jackson L. Kiser
Senior United States District Judge

Stipulated to by:

| | |
|---|---|
| RAJ S. PRUTHI, M.D. | PRIMLAND, LTD. |
| /s/ Andrew M. Bowman | /s/ Tracy L. Eggleston |
| Matthew Broughton (VSB No. 25226) | Tracey L. Eggleston (admitted *pro hac vice*) |
| Andrew M. Bowman (VSB No. 86754) | COZEN O'CONNOR |
| GENTRY LOCKE | 310 South College Street, Suite 2100 |
| 900 SunTrust Plaza | Charlotte, North Carolina 28202 |
| P.O. Box 40013 | Phone: (704) 376-3400 |
| Roanoke, Virginia 24022 | Fax: (704) 334-3351 |
| Phone: (540) 983-9300 | teggleston@cozen.com |
| Fax: (540) 983-9400 | |
| broughton@gentrylocke.com | Jerry W. Kilgore (VSB No. 26268) |
| bowman@gentrylocke.com | Ashley Allen (VSB No. 83587) |
| | COZEN O'CONNOR |
| *Counsel for the Plaintiff* | 1021 East Cary Street, Suite 1420 |
| | Richmond, Virginia 23219 |
| | Phone: (804) 762-6916 |
| | Fax: (804) |
| | jkilgore@cozen.com |
| | ashleyallen@cozen.com |
| | |
| | *Counsel for Defendant Primland, Ltd.* |